IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN W. GARY,

      Petitioner,                    No. CIV S-08-946 GEB KJM P

  vs.

M.C. KRAMER, et al.,

      Respondents.            ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He has paid the filing fee.

      Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response **to the first ground only** of petitioner's habeas petition.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases.  Because this petition

/////

1  challenges a denial of parole, the relevant documents should include the transcript of the March
2  21, 2007 parole hearing[1] and any documents, reports or letters considered by the panel;
3        2. If the response to the habeas petition is an answer, petitioner's reply, if any,
4  shall be filed and served within thirty days after service of the answer;
5        3. If the response to the habeas petition is a motion, petitioner's opposition or
6  statement of non-opposition to the motion shall be filed and served within thirty days after
7  service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
8  thereafter; and
9        4. The Clerk of the Court shall serve a copy of this order together with a copy of
10 the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
11 Senior Assistant Attorney General.
12 DATED: June 7, 2008.

_____
U.S. MAGISTRATE JUDGE

2
gary0946.100

---

[1] If respondent agrees that the transcript attached as an exhibit to the petition is complete and correct and that the additional materials attached as exhibits are part of the record before the panel, he need not provide a second copy of these things to the court, but may simply note his acceptance of these exhibits in his answer.